D. GILL SPERLEIN (SBN: 172887)
gill@sperleinlaw.com
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616


HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
Mark Meuser (SBN: 264600)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Plaintiffs Ron Givens and Christine Bish*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON GIVENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, *et al.*, <br><br> Defendants. | Case Number: 2:20-CV-00852-JAM-CKD <br><br> Honorable Judge John A. Mendez <br><br> **JOINT STIPULATION AND ORDER ADVANCING HEARING ON PLAINTIFFS' APPLICATION FOR RECONSIDERATION AND MOTION FOR INJUNCTION PENDING APPEAL TO JULY 14, 2020** <br><br> Action Filed:  April 27, 2020 <br> Trial Date: Not Assigned <br> Current Hearing Date: August 11, 2020 |



Stipulation and [PROPOSED] Order　　　　　　　　　　　Case No. 2:20-CV-00852-JAM-CKD
Advancing Hearing to July 14, 2020

**JOINT STIPULATION**

The Parties hereby stipulate and agree as follows:

WHEREAS, Plaintiffs Ron Givens and Christine Bish ("Plaintiffs") filed their Application for Reconsideration and Motion for Injunction Pending Appeal (the "Motion") currently scheduled to be heard on August 11, 2020 at 1:30 p.m., before the Honorable John A. Mendez, in Courtroom 6 of this Court (Dkts. 28, 30);

WHEREAS, Plaintiffs state that their Motion seeks injunctive relief prohibiting further deprivations of Plaintiffs' fundamental rights protected by the First Amendment to the U.S. Constitution by Defendants Gavin Newsom, in his official capacity as Governor of California; Xavier Becerra, in his official capacity as Attorney General of California; Warren Stanley, in his official capacity as the Commissioner of the California Highway Patrol; and Sonia Y. Angell, in her official capacity as the State Public Health Officer ("Defendants"), and that a prompt ruling on the Motion is necessary to avoid irreparable harm to Plaintiffs; and

WHEREAS, the Parties, having met and conferred in good faith, agree to advance the hearing on the Motion by 28 days, from August 11, 2020 to July 14, 2020.

NOW THEREFORE, the Parties stipulate and request that the Court issue an order advancing the hearing on the Motion to July 14, 2020 at 1:30 p.m., or as soon thereafter as the matter may be heard by the Court, and that, pursuant to the Court's Local Rules, Defendants' response to the Motion shall be filed no later than June 30, 2020, and Plaintiffs' reply, if any, shall be filed no later than July 7, 2020.

Respectfully submitted,

Dated: June 17, 2020          DHILLON LAW GROUP INC.

By: /s/ _____
  Gregory R. Michael
  Attorney for Plaintiffs

Dated: June 17, 2020          CALIFORNIA DEPARTMENT OF JUSTICE

By: /s/ _____
  Amie L. Medley
  Attorney for Defendants

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 17, 2020

                                        /s/ John A. Mendez

                                        United States District Court Judge



Stipulation and [PROPOSED] Order  
Advancing Hearing to July 14, 2020                                Case No. 2:20-CV-00852-JAM-CKD