D. GILL SPERLEIN (SBN: 172887)
gill@sperleinlaw.com
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Plaintiffs Ron Givens and Christine Bish*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON GIVENS,** an individual; **CHRISTINE BISH**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; **XAVIER BECERRA**, in his official capacity as the Attorney General of California; **WARREN STANLEY**, in his official capacity as the Commissioner of the California Highway Patrol; **SONIA Y. ANGELL**, in her official capacity as the State Public Health Officer,<br><br>Defendants. | Case Number: 2:20-CV-00852-JAM-CKD<br><br>Hon. John A. Mendez<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL; AND ORDER GRANTING WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiffs Ron Givens and Christine Bish ("Plaintiffs") hereby remove Gregory R. Michael (CA Bar. No. 306814), formerly of Dhillon Law Group Inc., as one of their attorneys of record, as he is no longer with the firm, and, pursuant to Local Rule 182(d), Plaintiffs seek an Order granting the same. Harmeet K. Dhillon and Mark P. Meuser of Dhillon Law Group Inc., and D. Gill Sperlein, Esq., shall continue as counsel of record.

Respectfully submitted,

Date: September 1, 2020         DHILLON LAW GROUP INC.

By:   /s/ Harmeet K. Dhillon
HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

*Attorneys for Plaintiffs Ron Givens and Christine Bish*

**ORDER**

**IT IS SO ORDERED.**

Dated:   September 1, 2020              /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE