1  ROB BONTA
   Attorney General of California
2  PAMELA J. HOLMES
   MARK R. BECKINGTON
3  Supervising Deputy Attorneys General
   JAMES W. WALTER, State Bar No 173481
4  CHAD A. STEGEMAN, State Bar No. 225745
   Deputy Attorneys General
5   455 Golden Gate Ave., Suite 11000
    San Francisco, CA 94102
6   Telephone: (415) 510-3624
    Fax: (415) 703-5843
7   Email: Chad.Stegeman@doj.ca.gov
   *Attorneys for Defendants California Governor*
8  *Gavin Newsom, California Attorney General Xavier*
   *Becerra, California Highway Patrol Commissioner*
9  *Warren Stanley, and California State Public Health*
   *Officer Tomás Aragón, all sued in their official*
10 *capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON GIVENS, an individual; CHRISTINE BISH, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his capacity as Governor of California; ROB BONTA, in his capacity as Attorney General of California; AMANDA RAY, in her capacity as the Commissioner of the California Highway Patrol; TOMÁS ARAGÓN, in his capacity as the State Public Health Officer,[1]**<br><br>Defendants. | 2:20-cv-00852-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6 (14th Floor)<br><br>Action Filed: April 27, 2020<br>Trial Date: February 28, 2022 |

---

[1] Amanda Ray, California Highway Patrol Commissioner, succeeded former Commissioner Warren Stanley; Tomás Aragón, California State Public Health Officer, succeeded Erica Pan, former Acting California Public Health Officer; Rob Bonta, California Attorney General, succeeded former Attorney General Xavier Becerra. Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

Defendants Gavin Newsom, in his capacity as Governor of California, Rob Bonta, in his capacity as Attorney General of California, Amanda Ray, in her capacity as the Commissioner of the California Highway Patrol, Tomás Aragón, in his capacity as the State Public Health Officer (Defendants) and Plaintiffs Ron Givens and Christine Bish (Plaintiffs), by and through their attorneys, stipulate and agree as follows:

WHEREAS, Defendants intend to move to dismiss this matter for lack of jurisdiction under Article III of the United States Constitution;

WHEREAS, Plaintiffs intend to move for leave to amend the Complaint;

WHEREAS, the parties expect to schedule these motions for hearing on August 24, 2021;

WHEREAS, the present discovery schedule requires expert witness disclosures by July 16, 2021, supplemental disclosures by August 13, 2021, completion of discovery by September 17, 2021, dispositive motions to be filed by October 19, 2021, with hearing by November 16, 2021;

WHEREAS, the earliest available hearing date on the anticipated motions post-dates discovery deadlines, the parties anticipate needing additional time to complete discovery should the motion to amend the Complaint be granted;

WHEREAS, the Final Pretrial Conference is set for January 14, 2022, and trial is set for February 28, 2022,

THEREFORE, Plaintiffs and Defendants, by and through their attorneys, submit the stipulated request that the Court extend all deadlines by 90 days, with trial to be set for the first available date on this Court's calendar over 90 days after the current trial date.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: July 7, 2021 | | ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br><br>*/S/ CHAD A. STEGEMAN*<br>CHAD A. STEGEMAN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: July 7, 2021 | | DHILLON LAW GROUP INC.<br>Harmeet K. Dhillon<br>Mark P. Meuser<br><br>*/S/ MARK P. MEUSER (AS AUTHORIZED ON JULY 7, 2021)*<br>Mark P. Meuser<br>*Attorneys for Plaintiffs* |

# ORDER

The parties, having stipulated to extend the discovery and other case-related deadlines, and having demonstrated good cause, notably allowing time to conduct discovery after a possible amendment to Plaintiffs' Complaint, the Court grants the relief requested and changes the pretrial deadlines as follows:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Expert Witness Disclosure | Friday, July 16, 2021 | Thursday, Oct. 14, 2021 |
| Supplemental Disclosure | Friday, Aug. 13, 2021 | Thursday, Nov. 11, 2021 |
| Joint Mid-Litigation Statement | Friday, Sept. 3, 2021 | Thursday, Dec. 2, 2021 |
| Complete Discovery | Friday, Sept. 17, 2021 | Thursday, Dec. 16, 2021 |
| Dispositive Motions Filed | Tuesday, Oct. 19, 2021 | Tuesday, Jan. 17, 2022 |
| Dispositive Motions Heard | Tuesday, Nov. 16, 2021 1:30 p.m. | Tuesday, Feb. 15, 2022 1:30 p.m. |
| Final Pretrial Conference | Friday, Jan. 14, 2022 11:00 a.m. | Friday, Apr. 15, 2022 11:00 a.m. |
| Trial | Mon., Feb. 28, 2022 9:00 a.m. | Monday, June 6, 2022 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE