Rob Bonta
Attorney General of California
Pamela J. Holmes
Mark R. Beckington
Supervising Deputy Attorneys General
James W. Walter, State Bar No 173481
Chad A. Stegeman, State Bar No. 225745
Deputy Attorneys General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 510-3624
 Fax: (415) 703-5843
 Email: Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom, California Attorney General Xavier Becerra, California Highway Patrol Commissioner Warren Stanley, and California State Public Health Officer Tomás Aragón, all sued in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON GIVENS, an individual; CHRISTINE BISH, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his capacity as Governor of California; ROB BONTA, in his capacity as Attorney General of California; AMANDA RAY, in her capacity as the Commissioner of the California Highway Patrol; TOMÁS ARAGÓN, in his capacity as the State Public Health Officer,[1]**<br><br>Defendants. | 2:20-cv-00852-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br>Judge:      Hon. John A. Mendez<br>Courtroom: 6 (14th Floor)<br><br>Action Filed: April 27, 2020<br>Trial Date:   February 28, 2022 |

---

[1] Amanda Ray, California Highway Patrol Commissioner, succeeded former Commissioner Warren Stanley; Tomás Aragón, California State Public Health Officer, succeeded Erica Pan, former Acting California Public Health Officer; Rob Bonta, California Attorney General, succeeded former Attorney General Xavier Becerra. Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

Defendants Gavin Newsom, in his capacity as Governor of California, Rob Bonta, in his capacity as Attorney General of California, Amanda Ray, in her capacity as the Commissioner of the California Highway Patrol, Tomás Aragón, in his capacity as the State Public Health Officer (Defendants) and Plaintiffs Ron Givens and Christine Bish (Plaintiffs), by and through their attorneys, stipulate and agree as follows:

WHEREAS, Defendants moved to dismiss this matter for lack of jurisdiction under Article III of the United States Constitution (ECF No. 77), Plaintiffs moved for leave to amend the Complaint (ECF No. 79), and the Court issued its order on both motions on October 5, 2021 (ECF No. 86);

WHEREAS, the present discovery schedule (ECF No. 78) requires expert witness disclosures by October 14, 2021, supplemental disclosures by November 11, 2021, completion of discovery by December 2, 2021, dispositive motions to be filed by January 17, 2022, with hearing by February 15, 2022;

WHEREAS, the Final Pretrial Conference is set for April 15, 2022, and trial is set for June 6, 2022,

WHEREAS, the parties need additional time to complete discovery and the Court offered a modified schedule;

THEREFORE, Plaintiffs and Defendants, by and through their attorneys, submit the stipulated request that the Court extend all deadlines according to the schedule noted by the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  October 6, 2021 | ROB BONTA |
| 2 | | Attorney General of California |
| | | MARK R. BECKINGTON |
| 3 | | Supervising Deputy Attorney General |
| 4 | | */S/ CHAD A. STEGEMAN* |
| | | CHAD A. STEGEMAN |
| 5 | | Deputy Attorney General |
| | | *Attorneys for Defendants* |
| 6 | | |
| 7 | Dated:  October 6, 2021 | DHILLON LAW GROUP INC. |
| | | Harmeet K. Dhillon |
| 8 | | Mark P. Meuser |
| 9 | | */S/ MARK P. MEUSER (AS AUTHORIZED ON OCTOBER 6, 2021)* |
| 10 | | Mark P. Meuser |
| | | *Attorneys for Plaintiffs* |

**ORDER**

The parties, having stipulated to extend the discovery and other case-related deadlines, and having demonstrated good cause, notably allowing time to conduct discovery after the Court's ruling on motions, the Court grants the relief requested and changes the pretrial deadlines as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Expert Witness Disclosure | October 14, 2021 | January 12, 2022 |
| Supplemental Disclosure | November 11, 2021 | February 9, 2022 |
| Joint Mid-Litigation Statement | December 2, 2021 | March 2, 2022 |
| Complete Discovery | December 16, 2021 | March 16, 2022 |
| Dispositive Motions Filed | January 17, 2022 | April 29, 2022 |
| Dispositive Motions Heard | February 15, 2022 1:30 p.m. | June 7, 2022 1:30 p.m. |
| Final Pretrial Conference | April 15, 2022 11:00 a.m. | July 29, 2022 11:00 a.m. |
| Trial | June 6, 2022 9:00 a.m. | September 19, 2022 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  October 6, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE