1  ROB BONTA
   Attorney General of California
2  PAMELA J. HOLMES
   MARK R. BECKINGTON
3  Supervising Deputy Attorneys General
   JAMES W. WALTER, State Bar No 173481
4  Deputy Attorney General
   I Street, Suite 125
5  Sacramento, CA 94244
   Telephone: (916) 210-7542.
6  Fax: (916) 322-8288
   E-mail: James.Walter@doj.ca.gov
7  *Attorneys for Defendants California Governor
   Gavin Newsom, California Attorney General Rob*
8  *Bonta, California Highway Patrol Commissioner
   Amanda Ray, and California State Public Health*
9  *Officer Tomas Aragon, all sued in their official
   capacities*

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 | RON GIVENS, an individual; CHRISTINE BISH, an individual, | 2:20-cv-00852-JAM-CKD |
|---|---|
| | |
15 | | **DEFENDANTS' NOTICE OF MOTION** |
| Plaintiffs, | **AND MOTION FOR SUMMARY** |
16 | | **JUDGMENT; MEMORANDUM OF** |
| | **POINTS AND AUTHORITIES IN** |
17 | v. | **SUPPORT** |
| | |
18 | **GAVIN NEWSOM, in his capacity as** | [Fed. R. Civ. P. 56] |
| **Governor of California; ROB BONTA, in** | |
19 | **his capacity as Attorney General of** | Date: June 7, 2022 |
| **California; AMANDA RAY, in her capacity** | Time: 1:30 p.m. |
20 | **as Commissioner of the California Highway** | Dept: 6 |
| **Patrol; and TOMÁS ARAGÓN,[1] in his** | Judge: Hon. John A. Mendez |
21 | **capacity as State Public Health Officer,** | Trial Date: Sept, 19, 2022 |
| | Action Filed: April 27, 2020 |
22 | Defendants. | |

23

24

25

26        [1] Amanda Ray, California Highway Patrol Commissioner, succeeded former
   Commissioner Warren Stanley; Tomás Aragón, California State Public Health Officer, succeeded
27 Erica Pan, former Acting California Public Health Officer; Rob Bonta, California Attorney
   General, succeeded former Attorney General Xavier Becerra. Fed. R. Civ. P. 25(d) (an "officer's
28 successor is automatically substituted as a party").

                                    1

1    **TO THE COURT AND PLAINTIFFS RON GIVENS, et al.:**

2    **PLEASE TAKE NOTICE** that on June 7, 2022, at 1:30 p.m., or as soon thereafter as the

3    matter may be heard, at the United States District Court, Central District of California, Robert T.

4    Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Courtroom 6, 14th

5    floor, Defendants Governor Gavin Newsom, Attorney General Rob Bonta, California Highway

6    Patrol Commissioner Amanda Ray, and Public Health Officer Tomás Aragón will and hereby do

7    move for summary judgment under Federal Rule of Civil Procedure 56 on the grounds that this

8    action has no merit, there is no triable issue as to any material fact and defendant is entitled to

9    judgment as a matter of law.

10        Specifically, there is no triable issue as to Plaintiffs' claims for relief under the Free Speech

11   Clause, the Freedom of Assembly Clause, and Right to Petition Clause of the First Amendment

12   because State Defendants' orders satisfy the applicable level of scrutiny given the compelling

13   need to manage the COVID-19 crisis when they were issued and during the time Plaintiffs sought

14   to use the grounds of the State Capitol.  Moreover, there is no triable issue as to Plaintiffs' Fourth

15   Claim for relief under the Due Process Clause seeking to void the Governor's executive order on

16   vagueness grounds because the use of the word "heed" in the order is sufficiently definite, and

17   even if it were vague, lacks any nexus to the claim of harm asserted by Plaintiffs.

18        This motion is made following a conference of counsel pursuant to the Court's standing

19   order, which took place telephonically on April 6, 2022.[2]

20

21

22

23

24

25

26        [2] In addition, the parties met and conferred in accordance with the standing order on
whether they would file cross-motions for summary judgment.  Although Plaintiffs indicated that
27   they intended to file a cross-motion, they have not filed an initial motion as required by the
standing order.  State Defendants have therefore filed this separate motion for summary judgment
28   by the dispositive motion cut-off date.

2

1    This Motion is based on this Notice of Motion and Motion for Summary Judgment; the

2  accompanying Memorandum of Points and Authorities; the Statement of Undisputed Facts, all

3  pleadings and papers on file in this action; and such other matters as the Court may deem

4  appropriate.

5

6  Dated: April 29, 2022                                    Respectfully Submitted,

7                                                          ROB BONTA
                                                           Attorney General of California
8                                                          PAMELA J. HOLMES
                                                           MARK R. BECKINGTON
9                                                          Supervising Deputy Attorneys General

10

11                                                         /s/ James W. Walter

12

13

14                                                         JAMES W. WALTER
                                                           Deputy Attorney General
15                                                         Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28