ROB BONTA
Attorney General of California
PAMELA J. HOLMES
MARK R. BECKINGTON
Supervising Deputy Attorneys General
ANNA FERRARI, State Bar No 261579
JAMES W. WALTER, State Bar No 173481
Deputy Attorneys General
 I Street, Suite 125
 Sacramento, CA 94244
 Telephone: (916) 210-7542
 Fax: (916) 322-8288
 E-mail:  James.Walter@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom, California Attorney General Rob Bonta, California Highway Patrol Commissioner Amanda Ray, and California State Public Health Officer Tomás Aragón, all sued in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON GIVENS, an individual; CHRISTINE BISH,  an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his capacity as Governor of California; ROB BONTA, in his capacity as Attorney General of California; AMANDA RAY, in her capacity as Commissioner of the California Highway Patrol; and TOMÁS ARAGÓN,[1] in his capacity as State Public Health Officer,**<br><br>Defendants. | 2:20-cv-00852<br><br>**JOINT STIPULATION AND ORDER MODIFYING SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Courtroom:   6 (14th Floor)<br>Judge:          Hon. John A. Mendez<br>Trial Date:    Sept. 19, 2022<br>Action Filed: April 27, 2020 |

---

[1] Amanda Ray, California Highway Patrol Commissioner, succeeded former Commissioner Warren Stanley; Tomás Aragón, California State Public Health Officer, succeeded Erica Pan, former Acting California Public Health Officer; Rob Bonta, California Attorney General, succeeded former Attorney General Xavier Becerra. Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

Defendants Gavin Newsom, in his capacity as Governor of California, Rob Bonta, in his capacity as Attorney General of California, Amanda Ray, in her capacity as the Commissioner of the California Highway Patrol, Tomás Aragón, in his capacity as the State Public Health Officer (Defendants) and Plaintiffs Ron Givens and Christine Bish (Plaintiffs), by and through their attorneys, stipulate and agree as follows:

1. The parties intended to file cross-motions for summary judgment (*see* ECF No. 89);

2. The Court's pretrial order of August 13, 2020 establishes procedures, including a briefing schedule, that apply to cross-motions for summary judgment (ECF No. 52 at 4);

3. According to the Court's pretrial order, Plaintiffs' cross-motion for summary judgment was due to be filed no less than 14 days before the deadline to file a dispositive motion (ECF No. 52 at 4);

4. On October 7, 2021, the Court entered the parties' stipulation and proposed order to modify existing pretrial deadlines, and this order extended the dispositive motion deadline from January 17, 2022, to April 29, 2022 (ECF No. 88 at 4);

5. Through inadvertence, Plaintiffs filed their opening motion on April 29, 2022 (ECF No. 92);

6. Defendants also filed a summary judgment motion on April 29, 2022 (ECF No. 90);

7. The parties' respective motions for summary judgment are currently set to be heard on June 7, 2022 (ECF No. 88 at 4);

8. The parties have conferred and wish to implement a briefing schedule that conforms to the procedures in the Court's pretrial order regarding cross-motions for summary judgment, in particular, with respect to the requirement that "only four briefs may be filed";

9. If the parties proceed to brief concurrently-filed, non-cross motions for summary judgment, which are subject to the deadlines established by Local Rule 230(a), Defendants will receive 11 fewer days to prepare an opposition to Plaintiffs' motion for summary judgment, causing prejudice to Defendants if the existing June 7 hearing date is not continued;

10. The next available hearing date for the anticipated motions is July 12, 2022;

THEREFORE, Plaintiffs and Defendants, by and through their attorneys, submit the following stipulated requests:

1. That the Court continue the June 7, 2022 summary judgment hearing schedule to July 12, 2022, or such other date as the Court may be available, to accommodate the briefing of cross-motions for summary judgment in accordance with the terms of the Court's pretrial order;

2. That the Court deem the motion for summary judgment filed by Plaintiffs on April 29, 2022 (ECF No. 92) to be the opening brief on cross-motions for summary judgment;

3. That the Court strike or withdraw Defendants' pending motion for summary judgment (ECF No. 90) and supporting documents, without prejudice to Defendants' ability to file a cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment;

4. That the briefing schedule on the parties' summary judgment motions be amended as follows, to conform to the schedule set forth in the Court's pretrial order:

- April 29, 2022 – Deadline to file Plaintiffs' opening motion
- May 31, 2022 – Deadline to file Defendants' opposition and cross-motions
- June 14, 2022 – Deadline to file Plaintiffs' reply and opposition
- June 28, 2022 – Deadline to file Defendants' reply.

IT IS SO STIPULATED.

Dated:  May 6, 2022

ROB BONTA
Attorney General of California
PAMELA J. HOLMES
MARK R. BECKINGTON
Supervising Deputy Attorneys General
ANNA FERRARI
Deputy Attorney General


*/s/ James W. Walter*


JAMES W. WALTER
Deputy Attorney General
*Attorneys for Defendants*

1
2  Dated: May 6, 2022                                    DHILLON LAW GROUP
                                                        HARMEET K. DHILLON
3
4
                                                        **/s/ Mark. P. Meuser**
5
6
                                                        (as authorized on May 5, 2022)
7                                                       MARK P. MEUSER
                                                        *Attorneys for Plaintiffs*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The parties having stipulated to modify the summary judgment briefing schedule and related procedures in order to conform to the Court's pretrial order (ECF No. 52), and having demonstrated good cause, the Court grants the following relief:

1. The June 7, 2022 summary judgment hearing is continued to August 9, 2022, at 1:30 PM;

2. The motion for summary judgment filed by Plaintiffs on April 29, 2022 (ECF No. 9) is deemed to be the opening brief on cross-motions for summary judgment;

3. Defendants' pending motion for summary judgment (ECF No. 90) and supporting documents are deemed withdrawn, without prejudice to Defendants' ability to file a cross-motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment;

4. The briefing schedule on the parties' summary judgment motions shall be amended as follows:

- April 29, 2022 – Deadline to file Plaintiffs' opening motion
- May 31, 2022 – Deadline to file Defendants' opposition and cross-motion
- June 14, 2022 – Deadline to file Plaintiffs' reply and opposition
- June 28, 2022 – Deadline to file Defendants' reply.

**IT IS SO ORDERED.**

Dated:  May 6, 2022            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE