1    ROB BONTA
    Attorney General of California
2    PAMELA J. HOLMES
    MARK R. BECKINGTON
3    Supervising Deputy Attorneys General
    JAMES W. WALTER, State Bar No. 173481
4    Deputy Attorney General
    I Street, Suite 125
5    Sacramento, CA 94244-2550
    Telephone: (916) 210-7542
6    Fax: (916) 322-8288
    E-mail: James.Walter@doj.ca.gov
7    *Attorneys for Defendants California Governor*
    *Gavin Newsom, California Attorney General Rob*
8    *Bonta, California Highway Patrol Commissioner*
    *Amanda Ray, and California State Public Health*
9    *Officer Tomas Aragon, all sued in their official*
    *capacities*

10

           IN THE UNITED STATES DISTRICT COURT
11
          FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| **RON GIVENS, an individual; CHRISTINE BISH, an individual,** | 2:20-cv-00852-JAM-CKD |
| Plaintiffs, | **DEPOSITION EXCERPTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | **[Fed. R. Civ. P. 56]** |
| **GAVIN NEWSOM, in his capacity as Governor of California; ROB BONTA, in his capacity as Attorney General of California; AMANDA RAY, in her capacity as Commissioner of the California Highway Patrol; and TOMÁS ARAGÓN, in his capacity as State Public Health Officer,** | Date:       August 9, 2022<br>Time:       1:30 p.m.<br>Dept:       6<br>Judge:      Hon. John A. Mendez<br>Trial Date:   Sept. 19, 2022<br>Action Filed: April 27, 2020 |
| Defendants. | |

     Defendants Governor Gavin Newsom, Attorney General Rob Bonta, California Highway

Patrol Commissioner Amanda Ray, and Public Health Officer Tomás Aragón submit the

following Excerpts of Depositions in support of their motions for summary judgment.

1

1.    Exhibit A is a true and correct copy of excerpts of the Deposition of CHP Officer Paul Moos.

2.    Exhibit B is a true and correct copy of excerpts of the Deposition of CHP Captain Douglas Lyons.

Dated:  May 31, 2022                                    Respectfully submitted,

ROB BONTA
Attorney General of California
PAMELA J. HOLMES
MARK R. BECKINGTON
Supervising Deputy Attorneys General

/s/ James Walter

JAMES WALTER
Deputy Attorney General
*Attorneys for Defendants*

2

# EXHIBIT A

**OFFICER PAUL MOOS**                                    **January 27, 2021**

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF CALIFORNIA

3                      ---o0o---

4

5

6    RON GIVENS; et al,

7              Plaintiffs,

8         vs.                    Case No. 2:20-CV-

9                                    00852-JAM-CKD

10   GAVIN NEWSOM; in his official

11   capacity as the Governor of

12   California, et al.,

13              Defendants.

14   _____/

15

16

17

18         DEPOSITION OF OFFICER PAUL MOOS

19     Tuesday, January 27th, 2021, 9:00 a.m.

20            Sacramento, California

21   Reported by Lisa M. Boschetti-Maurino, CSR No. 9389

22            Zandonella Job No. 92838

23

24

25

1

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1   was occasionally involved in the discussion, but you

2   cannot remember any names at this time.

3        A.   I don't think so.  I -- possibly

4   Commissioner Ray, Amanda Ray -- she was assistant

5   commissioner I believe then -- because she was involved

6   at our building with events during that period of time

7   as well.

8        Q.   What was her involvement with events at the

9   building during the month of March or April of 2020?

10       A.   I don't recall specific timeline on -- on

11   those months.

12       Q.   What do you recall?

13       A.   I know that when we were having -- at the end

14   of April and early into May we were having the larger

15   events, and we were figuring out how we were dealing

16   with the Stay-At-Home Order and the social distancing,

17   and I recall her being on-site on May 1st with the

18   Freedom Angel group that we made the arrests with.

19       Q.   Okay.  Do you recall her being around the

20   Capitol any other time other than that May 1st event?

21       A.   I don't recall.

22       Q.   Speaking of the May 1st event, was that a

23   permitted event or was that a non-permitted event?

24       A.   That was a non-permitted event.

25       Q.   Okay.

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1    Q.    Okay.  Approximately how many times do you

2    think the policies have changed since March 3rd to the

3    present?

4    A.    It would be absolute speculation on my part.

5    I feel like it's only changed like three times, but I --

6    I don't -- I don't know specifically.

7    Q.    Okay.  So let's start with the -- would you

8    agree with a general statement that the first policy was

9    no permits were allowed after the April 20th Freedom

10   Angels event?

11   A.    I wouldn't -- I don't know.  I don't know if

12   that's what it was.  I can tell you that what happened,

13   I think you gave the date, early March was -- ish --

14   mid-March Stay-At-Home.  I know I made a lot of calls, I

15   mean, I would say over 100.  I don't know.  And I was

16   calling people and just checking with them, and I had no

17   issues of denied permits at that time.  Everyone was

18   canceling on their own.  So I was -- don't know if I was

19   told at that time that all permits were denied.  But I

20   didn't personally -- I know I never denied a permit

21   unless I first passed it up through my chain of command

22   because that had just not been precedent for my job.  So

23   I -- I'm assuming maybe at the time early on it was,

24   hey, no permits, but -- but I don't recall specifically

25   if that was, because I didn't have to -- I didn't have

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1  to make that call because everyone was just canceling

2  proactively when I would call them.

3      Q.   Well let's talk about the April 20th event,

4  the Freedom Angel event.  You would agree that that was

5  a permitted event; is that correct?

6      A.   It -- it was, yes.

7      Q.   Okay.  So the April 20th they got a permit.

8  While most people at that time may have been canceling,

9  they got a permit and they were allowed to do it,

10  correct?

11     A.   Correct.

12     Q.   Okay.  And you would agree that they did not

13  properly social distance or wear masks at the April 20th

14  event; would you agree with that?

15     A.   Yes, I don't think masks were an issue then,

16  but --

17     Q.   Okay.

18     A.   -- I think the social distancing was.

19     Q.   Okay.  And would you agree with me that it was

20  after the April 20th event that both Ron Givens and

21  Christine Bish made an application for -- to do an

22  event?

23     A.   Yes.

24     Q.   Okay.  And let's start with Ron Givens.

25          Approximately how many people did Ron Givens

1    ask to do an event for?

2        A.    I don't recall.  Can you clarify, were they

3    the same event, or were they two separate events?

4        Q.    Two separate events.

5        A.    Okay.

6        Q.    Two separate permits.

7        A.    Okay.

8        Q.    Does the fact that Ron Givens asked to use the

9    entire property ring -- remind you of anything of his

10   application?

11       A.    No, not specifically of his.

12             I know that initially we were trying to figure

13   out ways -- my whole job's to try to get people to --

14   I'm the advocate for the permit holders, that's what I

15   did when I started my position.  So I know that that

16   seems like a logical thing that we would do for him

17   and/or Bish, and/or anybody else.  It's, well, let's see

18   if we need to socially distance, and you want to have X

19   amount of people, if you take up the north, south and

20   west side, then that just gives you that much more room

21   to potentially spread out and be social distanced.  So

22   it is possible he applied for that.  I don't know.  I

23   don't have his permit in front of me.

24       Q.    Okay.  What do you recall happening with

25   Ron Givens' first application back in April of 2020?

**OFFICER PAUL MOOS**                                    **January 27, 2021**

 1      Q.    Okay.  And it's your position that those
 2    e-mail guidance changes may have happened approximately
 3    three times over the last ten months?
 4      A.    That's my general guess, I would say is the
 5    best -- I moved forward with what I have to deal with
 6    now because I'm dealing with things every day, so it's
 7    whatever the guidance is.  And this one has been
 8    consistent now the last couple of months, so we just
 9    kind of -- you know, when it's an everyday habit of a
10    certain policy, then that's the one that I know.  How
11    many since that time changed, I don't recall
12    specifically.
13      Q.    Okay.  Currently the guidance is 200 people
14    caps, plus everything else, correct?
15      A.    Correct.
16      Q.    Okay.  And right now I'm -- I'm focusing in on
17    the number of people.
18            Are you aware of anytime where permits between
19    March and the present -- where permits were allowed for
20    a 100 person cap?
21      A.    I don't recall.
22      Q.    Are you aware of any guidance that, between
23    March and the present -- well I'm going to change
24    that -- between May 1st and the present where there was
25    absolutely no caps on permits outside the Capitol

**Zandonella**
**REPORTING SERVICE, INC.**                    63

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

# EXHIBIT B

**CAPTAIN DOUGLAS LYONS**                                    **January 26, 2021**

```
1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF CALIFORNIA

3                      ---o0o---

4

5

6    RON GIVENS; et al,

7              Plaintiffs,

8         vs.                    Case No. 2:20-CV-

9                                00852-JAM-CKD

10   GAVIN NEWSOM; in his official

11   capacity as the Governor of

12   California, et al.,

13              Defendants.

14   _____/

15

16

17

18        DEPOSITION OF CAPTAIN DOUGLAS LYONS

19        Monday, January 26th, 2021, 9:02 a.m.

20             Sacramento, California

21   Reported by Lisa M. Boschetti-Maurino, CSR No. 9389

22             Zandonella Job No. 92837

23

24

25
```



1

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

**CAPTAIN DOUGLAS LYONS**                                    **January 26, 2021**

1              He was getting asked by all the permit

2     holders.  A lot of people would call him, are we still

3     going to be able to do this?  There was a lot of

4     confusion in the air, especially given the unknowns with

5     COVID at the time.  So we were getting reached out by

6     the customers.  He started asking me, and I just bumped

7     it up to Assistant Chief Bart.

8         Q.    Approximately how many conversations did you

9     have with the assistant chief?

10        A.    Probably half a dozen.

11        Q.    Okay.  And, just for the record, can you spell

12    your assistant chief's last name?

13        A.    Yeah.  B-a-r-t.

14        Q.    So about a half a dozen conversations with

15    Assistant Chief Bart, correct?

16        A.    Correct.

17        Q.    Was anybody else in those conversations?

18        A.    I mean it's -- I think it was over the phone.

19    We might even had a meeting about it.  But I don't

20    recall who else was -- if it was over the phone, no.

21    But I'm sure others were involved.  I'm sure -- I'm sure

22    his boss at the time was involved.  Actually, it was a

23    gray area, because that chief retired and we got a new

24    chief June 1.  But I know Assistant Chief Bart wasn't

25    the one making the decisions.  The Commissioner is the

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1   certain safety precautions that we wanted to put back on

2   the group so that we didn't have to not issue them a

3   permit, but that they would self-police, and that they

4   would operate within the guidelines.  And then it was

5   kind of -- the idea being it's a win-win; the group gets

6   their permit and we don't have to go out there and

7   police them and put our officers in harm's way and --

8   and have a big group out there that's larger than it

9   should be.  So I believe Officer Moos was instructed to

10  upload the guidelines and recontact everybody, make sure

11  that they promised to follow all these new guidelines at

12  that time.

13          And later on after that was when we started

14  having to change them again.  They changed multiple

15  times over the last three months or --

16      Q.    I --

17      A.    -- those three months.

18      Q.    I understand.  This first thing that you're

19  talking about, this was before April 20th, correct?

20      A.    I believe so, yes.

21      Q.    But prior to April 20th, no events had been

22  canceled, correct?

23      A.    Correct.

24      Q.    Were fewer permits being applied for at that

25  time?

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1    A.    Yes.   Due to COVID most events were being

2  canceled by the permit requesters, so they were calling

3  up and saying, we're not going to have our event.   We

4  had a lot of annual events that come every year, they

5  self-canceled.   And then the few that didn't were

6  smaller events, and when we contacted them and started

7  talking to them, a lot of them withdrew their

8  applications.

9    Q.    Between March 19th, which is the date of the

10 Executive Order N-33-20, which is often known as the

11 Stay-At-Home Order, and April 20th, approximately how

12 many events took place on the Capitol grounds?

13    A.    Oh, I don't -- I don't know that number.   I

14 would be guessing.

15    Q.    What's your best estimate?

16    A.    I honestly have no idea.   It wasn't -- it

17 wasn't a lot.   But we have a system that tracks all of

18 them, so Officer Moos would have the exact numbers.

19 Maybe five, if I had to guess, if that.

20    Q.    And do you know what size of events those

21 were?

22    A.    They must have been small.   I remember the --

23 I do remember the April 20th event, because I went out

24 there personally and kind of was watching it from the

25 traffic circle which is over on 10th Street.   But I

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

**CAPTAIN DOUGLAS LYONS**                                    **January 26, 2021**

1    don't remember any events before that catching my

2    attention that I needed to leave my office and come over

3    there.  So -- if there were any, there may have been

4    none, I'm not sure.

5        Q.    Okay.  And again we'll talk about the

6    April 20th event, because that is an important event in

7    this timeline, correct?

8        A.    I would think so, yeah.

9        Q.    Okay.  Now where is your office, is it in the

10   Capitol grounds or is it in one of the buildings

11   surrounding the Capitol?

12       A.    I'm at 1801 9th Street.

13       Q.    So you're in a surrounding office --

14       A.    Yes.

15       Q.    -- or office building.

16       A.    Yeah.  It's approximately five blocks south of

17   the Capitol.

18       Q.    What was the -- what happened on April 20th

19   that re -- caused you to decide to go look at what was

20   going on at the Capitol?

21       A.    Somebody got pepper sprayed.  One -- one

22   protester and a counter protester kind of were arguing

23   with each other on 10th Street, and somebody pepper

24   sprayed one of them.  So I responded over there with my

25   sergeants and my bike officers.  We dealt with that, and

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

**CAPTAIN DOUGLAS LYONS**                                    **January 26, 2021**

1    A.    Correct.

2    Q.    What were those guidelines?  How did they

3    differ to the best of your recollection?

4    A.    I think then it started changing it to the

5    number of people, to reduce the crowd size, I believe.

6    They wanted -- they still wanted to ensure masks and

7    different things, social distancing amongst groups that

8    weren't in the same household, that type of thing.  But

9    I think it reduced the number of people on the grounds.

10          Because I do recall a times where we actually

11   had to go out and physically measure, okay, if we had

12   people, how many could we get out here safely, and we

13   had to provide that number to them during the process.

14   So that was one of the things we did provide input on.

15   Apologize.

16   Q.    Do you recall what the number was, of how many

17   people could be -- attend an event?

18          MR. WALTER:  Objection.  Vague and ambiguous.

19          But go ahead and answer him.

20          MR. MEUSER:  I'm sorry, Jim.  I didn't hear

21   your objection, so I don't think the court reporter did

22   either.

23          MR. WALTER:  I was saying, objection, vague

24   and ambiguous as to location.  I don't know that we

25   established, are we talking about the full Capitol

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1  grounds, or one way, or whatever?

2          But the witness can answer to extent he

3  understands.

4          THE WITNESS:  Yeah, that's what I was going to

5  say.  Depending on which side, we had to give them

6  numbers for all sorts of areas, because the permitting

7  process allows you to select an area on the Capitol

8  grounds, and we had to come up with numbers for each

9  one.

10         MR. MEUSER:  Q.  So as you sit here today,

11  this is a couple days after the April 20th event, a

12  number was now being placed on the permit process.

13         What is your recollection of what those

14  numbers were for each of the different possible places

15  that you could do a permit on the Capitol grounds?

16     A.    I don't recall.  Officer Moos would have the

17  exact details because it was handed to him with the

18  numbers.  But yeah, I don't recall the number, the exact

19  number.

20     Q.    So at this point in time events were still

21  allowed to go as long as they were -- followed all the

22  other rules and were under the caps initially proposed,

23  correct?

24     A.    I believe so, yes.

25     Q.    At some point in time that changed.  Do you

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1    how many arrests would occur for non-permitted events

2    that took place?

3        A.    Like for that violation, or other violations?

4        Q.    Well, somebody who did not have a perm -- you

5    know --

6        A.    Yeah.

7        Q.    -- have a permit, they came on the grounds,

8    they were -- for whatever reason, Highway Patrol felt

9    like they had to arrest somebody.

10       A.    Maybe half a dozen.  Not a lot.

11       Q.    So arresting 30 people on May 1st, that was a

12   big deal.

13       A.    Yes.

14       Q.    And exactly what was the reason why 30 people

15   were arrested?

16             MR. WALTER:  Objection.  Overbroad.  Calls for

17   speculation.

18             To the extent you know, you may answer.

19             THE WITNESS:  Well, we were told that they

20   were violating the county -- or public health orders,

21   and they were all too close and not following the

22   orders, and they wanted them to disperse.  They wanted

23   them to leave the Capitol grounds.

24             And in the history that I've been here,

25   usually if a group is doing something non-permitted,

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1    Q.    So when I asked you a question about

2  George Floyd's death, you actually looked at your

3  declarations for that information?

4    A.    Correct.

5    Q.    You said "notes," and so I was just trying to

6  figure out if there was something additional that you

7  had brought here today.

8    A.    Sorry.  No, that's what I meant.  The

9  declarations.  When I wrote the declarations, I had all

10  the stuff out, and working with our Legal looking at

11  dates and times, made sure they were accurate.  And then

12  I destroyed all that stuff, so no, I don't have any

13  handwritten notes.  I just -- I did write on -- I did

14  have one note I wrote on the exhibit -- on the first

15  declaration, which was Exhibit A and Exhibit B, which

16  was just to remind me of the dates and to try to get

17  them.  But those are the only notes I have on any of the

18  documents.

19    Q.    Okay.  Again, this is probably a question

20  that's better for Officer Moos, but I'm going to go

21  ahead and ask you this.

22    A.    Okay.

23    Q.    When somebody goes on-line and enters the

24  information for a permit process, what record is created

25  on California Highway Patrol's end of that permitting


Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

1    process?  What documents are created?  We already know

2    that there is a memorandum that was attached as

3    Exhibits A and B.

4            What other documents are created as a result

5    of that process?

6            MR. WALTER:  Objection to the extent it calls

7    for speculation.

8            You may answer.

9            THE WITNESS:  Yeah, I mean, I'm somewhat

10   familiar with the system.  I know it's -- I don't know

11   if it's Access, but it's an internal database within

12   CHP, and it creates an entry.  It also puts it on the

13   calendar for that date and time as a pending request.

14   That way if somebody else is trying to apply for a

15   permit, they'll know if somebody else is trying to get

16   the same side, maybe they will pick a different side.

17   It's designed to help the permittee as much as possible

18   navigate the process.

19           So there is an internal record, as well as one

20   that you can see external on our website.  But yeah, we

21   have all the details of the permittee entered.  And then

22   internally, once Officer Moos starts his work, he makes

23   internal notes that are only viewable to internal

24   employees, like contacted Miss so and so on this date,

25   left a voicemail, that type of stuff.  Those kind of

**Zandonella**
**REPORTING SERVICE, INC.**

78

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

# CERTIFICATE OF SERVICE

Case Name:   **Ron Givens, et al v. Gavin Newsom, et al.**      Case No.   **2:20-cv-00852-JAM-CKD**

I hereby certify that on **May 31, 2022,** I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT; DECLARATION OF JAMES WALTER IN SUPPORT; DEFENDANTS' RESPONSES TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS; EXCERPTS OF DEPOSITIONS IN SUPPORT, AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on **May 31, 2022,** at Sacramento, California.

| Lois M. Buzbee-Osby | /s/ Lois M. Buzbee-Osby |
|---|---|
| Declarant | Signature |

36215426.docx