1  ROB BONTA
   Attorney General of California
2  PAMELA J. HOLMES
   MARK R. BECKINGTON
3  Supervising Deputy Attorneys General
   ANNA FERRARI, State Bar No. 261579
4  JAMES W. WALTER, State Bar No. 173481
   Deputy Attorneys General
5   I Street, Suite 125
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7542
    Fax: (916) 322-8288
7   E-mail:  James.Walter@doj.ca.gov
   *Attorneys for Defendants California Governor*
8  *Gavin Newsom, California Attorney General Rob*
   *Bonta, California Highway Patrol Commissioner*
9  *Amanda Ray, and California State Public Health*
   *Officer Tomas Aragon, all sued in their official*
10 *capacities*

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 **RON GIVENS, an individual; CHRISTINE**      2:20-cv-00852-JAM-CKD
   **BISH,  an individual,**
15

16                              Plaintiffs,      **DEFENDANTS' MOTION FOR**
                                                 **ADMINISTRATIVE RELIEF**
17      v.                                       **REGARDING OPPOSITION AND**
                                                 **CROSS-MOTION FOR SUMMARY**
18 **GAVIN NEWSOM, in his capacity as**          **JUDGMENT**
   **Governor of California; ROB BONTA, in**
19 **his capacity as Attorney General of**       **[Civil L.R. 233]**
   **California; AMANDA RAY, in her capacity**
20 **as Commissioner of the California Highway** Dept:        6
   **Patrol; and TOMÁS ARAGÓN, in his**         Judge:       Hon. John A. Mendez
21 **capacity as State Public Health Officer,[1]** Action Filed:  April 27, 2020

22                              Defendants.

23

24

25

26        [1] Amanda Ray, California Highway Patrol Commissioner, succeeded former
   Commissioner Warren Stanley; Tomás Aragón, California State Public Health Officer, succeeded
27 Erica Pan, former Acting California Public Health Officer; Rob Bonta, California Attorney
   General, succeeded former Attorney General Xavier Becerra. Fed. R. Civ. P. 25(d) (an "officer's
28 successor is automatically substituted as a party").

                                        1

## DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF REGARDING OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT

In accordance with Civil Local Rule 233, Defendants Governor Gavin Newsom, Attorney General Rob Bonta, California Highway Patrol Commissioner Amanda Ray, and Public Health Officer Tomás Aragón respectfully request that the Court accept their opposition and cross-motion for summary judgment and supporting memorandum, ECF 101, as if it had been timely filed and terminate a duplicative docket entry, ECF 96, filed in error.

On May 31, 2022, Defendants intended to file electronically an opposition and cross-motion for summary judgment and supporting memorandum.  Through inadvertence, instead of submitting the opposition and cross-motion and supporting memorandum, Defendants filed two identical copies of deposition excerpts submitted in support of the opposition and cross-motion. *See* ECF 96, 99.  On June 3, 2022, having realized the error, Defendants filed a copy of the opposition and cross-motion that it intended to file on May 31.  ECF 101.  Defendants respectfully request that the Court (1) accept the opposition and cross-motion for summary judgment and supporting memorandum as if they had been timely filed; (2) terminate the docket entry associated with the deposition excerpts originally filed at ECF 96, which is an identical copy of the deposition excerpts filed at ECF 99; and (3) update the docket entries for ECF 97, 98, 99, and 100 to reflect that they are filed in support of the opposition and cross-motion for summary judgment subsequently filed at ECF 101.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        Defendants have contacted Plaintiff Ron Givens and Christine Bish to ascertain their

2  position on this motion.  Plaintiffs confirmed that they do not object to the requested relief.

3  Further, Defendants timely served a copy of the opposition and cross-motion for summary

4  judgment and supporting memorandum upon Plaintiffs by email on May 31, 2022.  Accordingly,

5  Plaintiffs will not be prejudiced by the requested administrative relief.

6

7  Dated:  June 3, 2022                         Respectfully submitted,

8                                     ROB BONTA
                                   Attorney General of California

9                                     PAMELA J. HOLMES
                                   MARK R. BECKINGTON

10                                     Supervising Deputy Attorneys General
                                   ANNA FERRARI

11                                     Deputy Attorney General

12

13                                     */s/ James Walter*

14

15                                     JAMES WALTER
                                   Deputy Attorney General

16                                     *Attorneys for Defendants*

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court grants the following administrative relief requested by Defendants:

1.    The Court shall accept the opposition and cross-motion for summary judgment and supporting memorandum filed by Defendants on June 3, 2022, ECF 101, as if it had been timely filed on May 31, 2022;

2.    The courtroom clerk shall terminate the docket entry associated with the deposition excerpts filed in error at ECF 96; and

3.    The courtroom clerk shall update the references to items ECF 97, 98, 99, and 100 as having been filed in support of the opposition and cross-motion for summary judgment subsequently filed at ECF 101.

**IT IS SO ORDERED.**

Dated:  June 3, 2022                              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE