# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:20-cv-00852-JAM-CKD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: April 27, 2020

Date of judgment or order you are appealing: September 20, 2022

Docket entry number of judgment or order you are appealing: ECF no. 117

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Ron Givens
Christine Bish

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Harmeet K. Dhillon   **Date** October 19, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Ron Givens
Christine Bish

Name(s) of counsel (if any):

Harmeet K. Dhillon/Mark P. Meuser, Dhillon Law Group Inc.

Address: 177 Post Street, Suite 700, San Francisco, CA 94108

Telephone number(s): 415-433-1700

Email(s): harmeet@dhillonlaw.com/mmeuser@dhillonlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Gavin Newsom; Xavier Becerra; Warren Stanley; Sonia Y. Angell; and Tomas Arragon

Name(s) of counsel (if any):

James Wayne Walter, Attorney General's Office of the State of California

Address: P.O. Box 944255, 1300 I Street, Suite 125 Sacramento, CA 94244

Telephone number(s): 916-210-7542

Email(s): james.walter@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Ron Givens
Christine Bish

Name(s) of counsel (if any):

Dennis Gill Sperlien, The Law Office of D. Gill Sperlien

Address: 345 Grove Street, San Francisco, CA 94102

Telephone number(s): 415-404-6615

Email(s): gil@sperlienlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Gavin Newsom; Xavier Becerra; Warren Stanley; Sonia Y. Angell; and Tomas Arragon

Name(s) of counsel (if any):

Chad A. Stegeman, California Department of Justice

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102

Telephone number(s): 415-510-3624

Email(s): chad.stegeman@doj.ca.gov

Name(s) of party/parties:

Gavin Newsom; Xavier Becerra; Warren Stanley; Sonia Y. Angell; and Tomas Arragon

Name(s) of counsel (if any):

Todd Grabarsky, Office of the Attorney General

Address: 300 S. Spring St., Ste. 1700 Los Angeles, CA 90013

Telephone number(s): 213-269-6044

Email(s): todd.grabarsky@doj.ca.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                             2                          *New 12/01/2018*