UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RON GIVENS; CHRISTINE BISH, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California; et al., <br><br> Defendants-Appellees. | No.   22-16624 <br><br> D.C. No. 2:20-cv-00852-JAM-CKD <br> Eastern District of California, Sacramento <br><br> ORDER |

The appellants' motion (Docket Entry No. 8) for voluntary dismissal is granted.  This appeal is dismissed.  Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/3.27.23/Pro Mo